# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1199
Lower Tribunal No. F93-30017
_____

**Guillermo Fuentes,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Guillermo Fuentes, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Bargo v. State</u>, 331 So. 3d 653, 658 (Fla. 2021) (stating that prior to the 2016 adoption of Florida Rule of Criminal Procedure 3.181 and amendment of section 782.04(1)(b), Florida Statutes, "no statute or rule required the State either to file a notice within 45 days of arraignment to be able to seek the death penalty, or to file a notice listing the proposed aggravators").